Jovanni Giuseppe Whyte, sui juris

c/o P.O. Box 331

AMITYVILLE, NEW YORK near republic [11701]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2018 ★

LONG ISLAND OFFICE

**LEGAL NOTICE OF REMOVAL**

**FROM MUNICIPAL COURT TO FEDERAL COURT**

**PURSUANT TO TITLE 28 USC § 1441- §1446**

**PROPER ARTICLE III JURISDICTION**

**- And -**

**PURSUANT U.C.C. – ARTICLE – GENERAL PROVISIONS (2001) > PARTS 3.
TERRITORIAL APPLICABILITY AND GENERAL RULE> § 1-308.**

**SUFFOLK COUNTY TRAFFIC AND PARKING
VIOLATION AGENCY**

CV- 18 4626

AZRACK, J.

v.

**JOVANNI GIUSEPPE WHYTE, EX. REL.,**

Jovanni Giuseppe Whyte, sui juris

All Rights Reserved with Recourse: UCC 1-308, UCC 1-103,

SHIELDS, M.J.

RECEIVED

AUG 16 2018

EDNY PRO SE OFFICE

Jovanni G. Whyte, original indigenous hueman being, In Propria Persona, sui juris (not to be confused or substituted with Pro Se); and not a Statutory Person.

**(Hereinafter Petitioner)**

Official Notice is hereby served on the SUFFOLK COUNTY TRAFFIC AND PARKING VIOLATION AGENCY; all Judicial Sub-Divisions; Officials; Agents; and above named Plaintiff-all cases and Jurisdiction / Venue moved to Federal Court.  All Matters, Complaints, Traffic Tickets / Suits, Citations / Bills of Exchange (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction and reservation of rights named hereinafter.

## I.

## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

SEE (AFFIDAVIT OF SPECIAL APPEARANCE• CHALLENGE OF JURISDICTION• DEMAND TO DISMISS IN THE NATURE OF A PLEA TO JURISDICTION) EXHIBIT 1

## II.

## RESERVATION OF RIGHTS

§ 1-308. Performance or Acceptance Under Reservation of Rights.

(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.

SEE (Affidavit of Reservation of Rights UCC 1-308/1-207) EXIHIBIT 2