# EXHIBIT 2

## Affidavit of Reservation of Rights UCC 1-308/1-207

**PUBLIC**                Jovanni Giuseppe Whyte, sui juris
**THIS IS A PUBLIC COMMUNICATION TO ALL**    All rights reserved **UCC 1-308/1-207**
Notice to agents is notice to principles        c/o P.O. BOX 331
Notice to principles is Notice to Agents       AMITYVILLE, NEW YORK a republic near [11701]
Applications to all successors and assigns     Phone: 917 283 7237
All are without excuse                       Non-domestic without the United States

Let it be known to all that I, Jovanni Giuseppe Whyte, explicitly reserve all of my rights. See UCC1-308 which was formally **UCC 1-207**.

**"§ 1-308. Performance or Acceptance Under Reservation of Rights.**
    **(a)** **A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.**
      I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore.  Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally.  And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.  **I am not ever subject to silent contracts and have never knowingly or willingly contracted away my nationality nor sovereignty.**
      Further, I am not a United States citizen or a 14th amendment citizen.  I am a National of the republic.

Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof.
Further, let all be advised that all actions commenced against me may be in violation of, …
USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law
USC TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge.



## AFFIDAVIT

Affiant, Jovanni Giuseppe Whyte, suri juris, a natural born true American of New York in its dejure capacity as a republic and as one of the several states of the union created by the constitution of the united states of America 1771/1789. This makes me an American National and a common law of indigenous and sovereign people, does swear and affirm that Affiant has scribed and read the foregoing facts, ad in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed By: _Mr. Jovanni Giuseppe Whyte_ sui juris, This Affidavit is dated 07/12/2018

### NOTARY PUBLIC

State _NY_      County _Suffolk_

Subscribed and sworn to before me a, Notary Public, the above signed Jovanni G. Whyte,

This _12th_ day of _July, 2018_ year

Notary Public

JILL GONZALEZ
Notary Public, State of New York
No. 52-5004788
Qualified in Suffolk County
Commission Expires November 23, 2018

MY COMMISSION EXPIRES: _11-23-2018_

## **RELIEF**

### **The Enforcement of the following:**

I, Jovanni Whyte, sui juris, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

**1)**   I, Jovanni Whyte, sui juris, demand this United States Supreme Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

**2)**   I, Jovanni Whyte, sui juris, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

**3)**   I, Jovanni Whyte, sui juris, demand this United States Supreme Court view this Petitioner (in my Proper Person) as a true American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**4)**   I, Jovanni Whyte, sui juris, do not under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (original indigenous American National) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

**5)**   All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: CASE NUMBER: 180601600.01, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

**6)**   All City, County and State Officials are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

**7)**   Any Plaintiff, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Signed By: _____ sui juris, This LEGAL NOTICE OF REMOVAL is

DATED _____

**NOTARY PUBLIC**

State _New York_ County _Suffolk_

Subscribed and sworn to before me a, Notary Public, the above signed Jovanni G. Whyte,

This __3rd__ day of _August, 2018_ year

Notary Public

MY COMMISSION EXPIRES: _____

JILL GONZALEZ
Notary Public, State of New York
No. 52-5004788
Qualified in Suffolk County
Commission Expires November 23 2018